Case 1:19-cr-00258-JRS-MJD Document 80 Filed 09/28/22 Page 1 of 3 PageID #: 297

1:19-cr-00258-JRS-MJD-1

**FILED**
08/08/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

July 2022

A matter concerning the courts,

I alleged defendant Brian Jones will be addressing the courts today with the intention to point out a (3553 sentencing proceedures) miscalculation, in hope the court (7th district) will acknowledge & correct the mistake?!!

A 4 point enhancement wrongly tacked on to my jacket increased months onto my sentence adding time to my prison term improperly, nowhere on or in my file do I even have a violent crime "which was what the 4 point enhancement was for", I'm demanding this 4 points be subtracted and my prison term & release date be adjusted correctly! Even if the court wants to insufficiently claim the Police report on my (922g) was violent that assumption/accusation is invalid. For 1 the charge and statement/report my lawyer coerced me to plea to is totally and erroneously false, I was intimidated into a guilty plea ~ for 2 no one was hurt so how could this be in connection with a violent crime? There are no violent crimes even brought against me, just a (922g) "which isn't violent", if a violent crime was or is not filed or charged properly to a suspect then that means it doesn't exist.

WHAT I WAS CHARGED WITH WAS A POSSESION NOT A VIOLENT CRIME SO IN ACCORDANCE WITH THE FACTS HEREBY SPOKEN IT IS THE COURTS DUTY TO FIX THE MATTER.

CS BH,
BRIAN JONES

Brian Allen Jones 72924061
USP Pollock
Po Box 2009
Pollock LA 71467

Legal
Mail

SHREVEPORT LA 710
3 AUG 2022 PM 2 L

FILED
AUG 08 2022
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

"7th District"
U.S. Clerk of courts
105 U.S. Court House
46 East Ohio St
Indianapolis Indiana 47269

Legal
Mail

